UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>    Plaintiff,<br><br>    v.<br><br>UNKNOWN,<br><br>    Defendant. | Case No. 14-mc-80329-KAW<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR PRE-FILING WITHOUT PREJUDICE<br><br>Re: Dkt. No. 1 |

On November 26, 2014, Plaintiff John William Wallace filed a document with the court. (Dkt. No. 1.) Thereafter, this matter was assigned as a miscellaneous action to the undersigned to determine whether Mr. Wallace should be allowed to file his action in light of the August 18, 2004 order signed by U.S. District Judge Fern Smith that required Plaintiff to obtain approval prior to filing any case against the United States.

Upon review of Plaintiff's filing, and due to the document's incoherent nature, the undersigned is unable to determine what Plaintiff has filed and who he is attempting to sue. Accordingly, Plaintiff's request for pre-filing is DENIED WITHOUT PREJUDICE, and Plaintiff is ordered to file an amended document that comports with the Federal Rules of Civil Procedure. In amending his document, Plaintiff should utilize the blank pleading paper document provided by the Court (available online at *http://cand.uscourts.gov/filelibrary/27/Blank%20Pleading*). The amended document should clearly identify on its face whether it is a complaint or other filing, and must be filed on or before **January 30, 2015**. Failure to timely file an amended document may result the denial of Plaintiff's pre-filing request and the termination of this miscellaneous action.

Additionally, Plaintiff may wish to consult a manual the court has adopted to assist pro se litigants in presenting their case. This manual, and other free information for pro se litigants, is

available online at: *http://cand.uscourts.gov/proselitigants*.  Plaintiff may also wish to contact the Federal Pro Bono Project's Help Desk—a free service for pro se litigants—by calling (415) 782-8982.

IT IS SO ORDERED.

Dated: December 19, 2014

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge