UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WILLIAM WALLACE,<br><br>      Plaintiff,<br><br>   v.<br><br>UNKNOWN,<br><br>      Defendant. | Case No.  14-mc-80329-KAW<br><br>ORDER OF DISMISSAL |

On November 26, 2014, Plaintiff John William Wallace, proceeding pro se, filed a document with the court. Thereafter, this matter was assigned as a miscellaneous action to the undersigned to determine whether Mr. Wallace should be allowed to file his action in light of the August 18, 2004 order signed by U.S. District Judge Fern Smith that required Plaintiff to obtain approval prior to filing any case against the United States.

Due to the incoherent nature of Plaintiff's filing, the Court was unable to determine what Plaintiff has filed and who he is attempting to sue. Accordingly, on December 19, 2014, Plaintiff's request for pre-filing was denied without prejudice, and Plaintiff was ordered to file an amended document on or before January 30, 2015. Plaintiff's address on file is General Delivery, San Francisco, California 94142. On January 26, 2015, the Court's mail was returned as undeliverable. (Dkt. No. 2.) As of the date of this order, Plaintiff has not filed a notice of change of address or submitted any further pleadings in this case.

Pursuant to Civil Local Rule 3-11 a party proceeding pro se must keep the Court informed of his or her current address while the action is pending. *See* Civil L.R. 3-11(a) (N.D. Cal. 2014). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive

1  within sixty days of this return a written communication from the pro se party indicating a current
2  address. *See* Civil L.R. 3-11(b).
3      More than sixty days have passed since the mail addressed to plaintiff was returned as
4  undeliverable. The court has not received a notice from plaintiff of a new address.  Accordingly,
5  the instant action is DISMISSED without prejudice pursuant to Civil Local Rule 3-11.
6      IT IS SO ORDERED.
7  Dated: April 7, 2015

_____
KANDIS A. WESTMORE
United States Magistrate Judge